# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00046-MR-DLH-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| RICHARD ARLEE CHAMPION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Extension of Time to File Dispositive Motions [Doc. 88], as amended [Doc. 89].

The Defendant is currently scheduled for trial during the November 6, 2017 trial term. [See Oral Order of August 28, 2017]. His deadline for filing pretrial motions in this matter is currently September 11, 2017. [See Standard Arraignment Order entered August 28, 2017]. By the present motion, the Defendant seeks an extension of time until November 11, 2017, to file any pretrial motions. [Doc. 88]. The Government does not oppose the Defendant's request. [Doc. 89].

To grant the extension requested would set the motions deadline *after* the trial date of this matter. Accordingly, the Court will grant a limited extension of the motions deadline.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 88], as amended [Doc. 89], is **GRANTED** to the extent that the Defendant shall have through and including **October 16, 2017**, to file any pretrial motions pursuant to Rule 12(b)(1)-(3) of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED.**

Signed: September 28, 2017

Martin Reidinger
United States District Judge