# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00046-MR-WCM-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) ) RICHARD ARLEE CHAMPION, ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Defendant's "Motion to Reconsider Motion to Compel Attorney to Surrender the Case File" [Doc. 204].

By the present motion, the Defendant seeks reconsideration of the Court's Order [Doc. 203] denying without prejudice the Defendant's motion to compel his former counsel to produce the case file to him. Upon review of the Defendant's motion, the Court finds no basis for reconsideration of its prior Order. Accordingly, the Defendant's motion for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Reconsider Motion to Compel Attorney to Surrender the Case File" [Doc. 204] is **DENIED**.

**IT IS SO ORDERED.**

Signed: September 10, 2019

Martin Reidinger
United States District Judge