THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:17-cr-00046-MR-WCM-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| RICHARD ARLEE CHAMPION, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Copies at Cost of the Court" [Doc. 224].

The Defendant was found guilty by a jury of one count of conspiracy to possess with the intent to distribute a quantity of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846, and one count of possession with the intent to distribute a quantity of methamphetamine, and aiding and abetting the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. [Doc. 161]. The Defendant was sentenced to a term of 262 months' imprisonment. [Doc. 180]. The Defendant appealed, and the Fourth Circuit Court of Appeals affirmed his conviction and sentence on June 11, 2019. [Doc. 199].

The Defendant now moves the Court to allow him "to receive copies at the cost of the Court." [Doc. 224 at 1]. The Defendant's motion must be denied. The Defendant has failed to demonstrate a particularized need for the requested documents. See <u>United States v. MacCollom</u>, 426 U.S. 317, 326-27 (1976) (holding that federal inmates are not entitled to transcripts at Government expense absent some showing of a particularized need); <u>Jones v. Superintendent, Va. State Farm</u>, 460 F.2d 150, 152 (4th Cir. 1972) ("[A]n indigent is not entitled to a transcript at government expense without a showing of the need, merely to comb the record in the hope of discovering some flaw.") (citation omitted).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Copies at Cost of the Court" [Doc. 224] is **DENIED**.

**IT IS SO ORDERED.**

Signed: October 9, 2020

Martin Reidinger
Chief United States District Judge